IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Scott Rosenberg, | : :  : Civil Action No.: 5:16-cv-13666-JCO-MKM : |
| Plaintiff, | : |
| v. | : : |
| Ally Financial, Inc.; and DOES 1-10, inclusive, | : : |
| Defendants. | : : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 19, 2017

                                                                                         Respectfully submitted,

                                                                                         By   */s/ Sergei Lemberg*

                                                                                         Sergei Lemberg, Esq.
                                                                                         LEMBERG LAW, L.L.C.
                                                                                         43 Danbury Road, 3rd Floor
                                                                                         Wilton, CT 06897
                                                                                         Telephone: (203) 653-2250
                                                                                         Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  */s/ Sergei Lemberg*
                                                 Sergei Lemberg, Esq.