**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Scott Rosenberg, | : |
| Plaintiff, | : Civil Action No.: 5:16-cv-13666-JCO-MKM |
| v. | : |
| Ally Financial, Inc., | : |
| Defendant. | : |

FILED
FEB - 9 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

|  |  |
|---|---|
| Scott Rosenberg | Ally Financial, Inc. |
| */s/ Sergei Lemberg* | */s/ Ariana D. Pellegrino* |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>Tel: (203) 653-2250<br>slemberg@lemberglaw.com<br>*Attorneys for Plaintiff* | Ariana D. Pellegrino, Esq.<br>DICKINSON WRIGHT, PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>Tel: (313) 223-3500<br>apellegrino@dickinsonwright.com<br>*Attorneys for Defendant* |

SO ORDERED
JOHN CORBETT O'MEARA

Date: 2/9/2017